Lizzie Mae FORD, et al., Respondents,

v.

James WHITNEY, III, Appellant.

No. WD 49302.

Missouri Court of Appeals,
Western District.

Jan. 31, 1995.

Carl W. Bussey, Kansas City, for appellant.

Claire McCaskill, Pros. Atty., Christopher R. Smith, Asst. Pros. Atty., Jackson County, Kansas City, for respondents.

Before FENNER, C.J., P.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from trial court's order that appellant pay child support arrearage.

Affirmed. Rule 84.16(b).

Raymond FARMER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49247.

Missouri Court of Appeals,
Western District.

Jan. 31, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and STITH, JJ.

### ORDER

PER CURIAM

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).